IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAGLEY, TRUSTEE OF THE BAGLEY FAMILY REVOCABLE TRUST, )<br><br>Plaintiff, )<br>v. )<br>)<br>PETER L. CASH, )<br>)<br>Defendant. ) | CIVIL ACT. NO. 1:12cv620-CSC<br>(WO) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion (doc. # 19) entered on January 12, 2013, and based on parties' joint stipulation filed on February 1, 2013 (doc. # 20), and for good cause, it is

ORDERED and ADJUDGED that judgment be and is hereby ENTERED in favor of the plaintiff and against the defendant on its breach of contract claim, and the plaintiff be and is hereby AWARDED damages in the amount of $7,350,000.00 in compensatory damages. It is further

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, and no costs taxed herein.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 1st day of February, 2013.

                /s/Charles S. Coody
            CHARLES S. COODY
            UNITED STATES MAGISTRATE JUDGE